# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARIO CORBINO,

Appellant,

vs.

MARY ANDERSON,

Respondent.

No. 85019

**FILED**

AUG 04 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a purported order entered by "Las Vegas Nevada Clark County Clerk of The Court MELISSA SARAGOSA" on June 8, 2022. Eighth Judicial District Court, Clark County; Crystal Eller, Judge.

It appears appellant is attempting to appeal from an order of summary eviction entered by the justice court.[1] The district courts have final appellate jurisdiction over cases arising in the justice courts. Nev. Const. art. 6, § 6; *Waugh v.* Casazza, 85 Nev. 520, 521, 458 P.2d 359, 360 (1969). Thus, this court lacks jurisdiction over an appeal from a justice

---

[1]It is not clear from the notice of appeal whether appellant intended to appeal to this court or to initiate a second appeal to the district court. After appellant filed the instant notice of appeal in the district court, the district court entered an order striking that notice.

"A notice of appeal [to this court] is effective on the date of receipt by the district court clerk." *Whitman v. Whitman*, 108 Nev. 949, 951, 840 P.2d 1232, 1233 (1992). Once jurisdiction vests in this court, the district court lacks authority to strike a notice of appeal to this court. *See Buffington v. State*, 110 Nev. 124, 126, 868 P.2d 643, 644 (1994) ("Jurisdiction in an appeal is vested solely in the supreme court until the remittitur issues to the district court."). Therefore, to the extent the notice of appeal is an appeal to this court, the district court lacked authority to strike the notice and this court takes no action with respect to the order.

22-24420

court order. This court also lacks jurisdiction to the extent appellant appeals from the June 24, 2022, district court order affirming the order of summary eviction. *See id.* Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.        _____, J.
Stiglich                                  Herndon

cc:    Hon. Crystal Eller, District Judge
Mario Corbino
Mary Anderson
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A